# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Multi Packaging Solutions International Limited | 11/30/2022 | Wire | $ 23,003.50 |
| Akorn Operating Company, LLC | Multi Packaging Solutions International Limited | 1/6/2023 | Wire | $ 78,929.86 |
| Akorn Operating Company, LLC | Multi Packaging Solutions International Limited | 1/13/2023 | Wire | $ 96,041.87 |
| Akorn Operating Company, LLC | Multi Packaging Solutions International Limited | 2/1/2023 | Wire | $ 86,912.18 |
| Akorn Operating Company, LLC | Multi Packaging Solutions International Limited | 2/8/2023 | Wire | $ 23,677.30 |
| | | | | $ 308,564.71 |