# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, et al.,[1] | ) | Case No. 23-10253 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Adv. Proc. No. 25-50239-KBO |
| | ) | |
| MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

Defendant Multi Packaging Solutions International Limited, by and through its undersigned counsel, notifies the Court and counsel that it withdraws its *Answer to Complaint* (D.I. 10) so that it can be replaced by a signed version. No substantive changes were made to the Answer.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5606 CenterPoint Court, Gurnee, IL, 60031.

| | |
|---|---|
| Date: July 21, 2025 | Respectfully submitted, |
| | |
| | /s/ David A. Felice |
| | David A. Felice (#4090) |
| | BAILEY & GLASSER, LLP |
| | 2961 Centerville Rd., Ste. 302 |
| | Wilmington, DE 19808 |
| | (302) 504-6333 |
| | dfelice@baileyglasser.com |
| | |
| | Jonathan L. Gold (*pro hac vice* forthcoming) |
| | BAILEY & GLASSER, LLP |
| | 1055 Thomas Jefferson Street NW |
| | Suite 540 |
| | Washington, D.C. 20007 |
| | (202) 462-2101 |
| | jgold@baileyglasser.com |
| | |
| | *Counsel for WestRock Company* |