# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED,<br><br>Defendant. | Adv. Proc. No. 25-50239 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 28, 2025, a copy of the *Plaintiff's Initial Disclosures & Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendants* was served via First Class Mail and E-mail on the parties below:

| **E-mail**<br>c/o Bailey & Glasser, LLP<br>Attn: Jonathan L. Gold<br>1055 Thomas Jefferson Street NW, Suite 540<br>Washington, D.C. 20007<br>jgold@baileyglasser.com | **E-mail**<br>c/o Bailey & Glasser, LLP<br>Attn: David A. Felice<br>2961 Centerville Rd., Suite 302<br>Wilmington, DE 19808<br>dfelice@baileyglasser.com |
|---|---|

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55969512.1 07/28/2025

2

                        **SAUL EWING LLP**

By: */s/ Paige N. Topper*
     Evan T. Miller (DE Bar No. 5364)
     Paige N. Topper (DE Bar No. 6470)
     1201 N. Market Street, Suite 2300
     Wilmington, DE 19801
     Telephone: (302) 421-6800
     evan.miller@saul.com
     paige.topper@saul.com

     *Counsel to Plaintiff*

Dated: July 28, 2025

2