**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | ) | Case No. 23-10253 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 25-50239-KBO |
| | ) | |
| MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, David A. Felice, hereby certify that on July 28, 2025, a copy of the *Defendant's First Request for Admission to Plaintiff, Defendant's First Set of Interrogatories to Plaintiff & Defendant's First Request to Produce Documents to Plaintiff* was served by email on the following counsel of record, with a hand copy sent by First Class Mail on July 29, 2025:

| | |
|---|---|
| Paige N. Topper<br>Saul Ewing LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>paige.topper@saul.com | Evan T. Miller<br>Saul Ewing LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>evan.miller@saul.com |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5606 CenterPoint Court, Gurnee, IL, 60031.

Date: July 29, 2025

Respectfully submitted,

*/s/      David A. Felice*
David A. Felice (#4090)
BAILEY & GLASSER, LLP
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808
(302) 504-6333
dfelice@baileyglasser.com

Jonathan L. Gold (*pro hac vice* forthcoming)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
(202) 462-2101

*Counsel for Defendant Multi Packaging Solutions International Limited*