IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED,<br><br>    Defendant. | Adv. Proc. No. 25-50239 (KBO)<br><br><br><br>**Re: Adv. D.I. 3, 5, 6, 12, & 15** |

**STIPULATION REGARDING DISCOVERY RESPONSE DEADLINE**

WHEREAS, on April 28, 2025, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC ("Plaintiff") issued the *Summons and Notice of Pretrial Conference* ("Summons") [Adv. D.I. 3] in the above-captioned adversary proceeding on Defendant Multi Packaging Solutions International Limited ("Defendant" and, together with Plaintiff, the "Parties");

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56577992.1
393059-00001

WHEREAS, on May 21, 2025, the Parties filed their *Stipulation to Extend Time for Responsive Pleading* [D.I. 5] with the United States Bankruptcy Court for the District of Delaware ("Court") pending the Court's consideration of the Plaintiff's proposed form of scheduling order;

WHEREAS, on June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff* (the "Procedures Order") [Adv. D.I. 6] which extended, among other things, the Defendant's deadline to answer, move or otherwise respond to the Complaint to ninety days after the issuance of the Summons and established various discovery-related deadlines for this adversary proceeding.

WHEREAS, on July 21, 2025, the Defendant filed its *Answer to Complaint to Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 12].

WHEREAS, on July 28, 2025, both the Plaintiff and the Defendant served their respective First Set of Interrogatories, Request for Production of Documents and Request for Admissions (collectively, the "Discovery").

WHEREAS, on September 23, 2025, the Parties filed their *Stipulation to Extend Time to extend deadlines* [D.I. 15] with the United States Bankruptcy Court for the District of Delaware ("Court") which stipulated that all discovery-related deadlines set forth in Section E of the Procedures Order were extended by thirty (30) days. For the avoidance of doubt, the 30-day extension applied to responses to any outstanding discovery requests between the Parties.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The above recitals are true and correct and are incorporated by reference.

2.     Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all discovery-related deadlines set forth in Section E of the Procedures Order are extended by an additional thirty (30) days. For the avoidance of doubt, the 30-day extension shall apply to responses to any outstanding discovery requests between the Parties.

Dated: October 20, 2025

| **SAUL EWING LLP** | **BAILEY GLASSER LLP** |
|---|---|
| /s/ *Paige N. Topper* | /s/ *Jonathan Gold* |
| Evan T. Miller (DE Bar No. 5364) | Jonathan Gold |
| Paige N. Topper (DE Bar No. 6470) | 1055 Thomas Jefferson Street NW |
| 1201 N. Market Street, Suite 2300 | Suite 540 |
| Wilmington, DE 19801 | Washington, DC 20007 |
| Telephone: (302) 421-6800 | Telephone (202) 852-1291 |
| evan.miller@saul.com | Facsimile (202) 463-2103 |
| paige.topper@saul.com | jgold@baileyglasser.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |