IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED,<br><br>Defendant. | Adv. Proc. No. 25-50239 (KBO)<br><br>Re: Adv. D.I. 1 & 6 |

**CERTIFICATION OF COUNSEL REGARDING**
**EXTENSIONS OF DEADLINES UNDER PROCEDURES ORDER**

The undersigned counsel for George L. Miller, in his capacity as chapter 7 trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC, and as plaintiff ("Plaintiff"), hereby certifies as follows:

1. Plaintiff filed its complaint against Multi Packaging Solutions International Limited ("Defendant," and together with Plaintiff, the "Parties") on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

56766914.1

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

3. The Procedures Order permits the Parties to extend deadlines three times without a court order. *See* Procedures Order ¶ 47. The Parties have stipulated to three extensions. *See* Adv. D.I. 5, 15& 16.

4. The Parties continue to engage in discussions to resolve this adversary proceeding, and have agreed to extend Defendant's deadline to answer or otherwise respond to the Complaint through and including January 15, 2026. The Parties have further agreed that certain other deadlines set forth in section E of the Procedures Order shall be extended.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: November 26, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Paige N. Topper*<br>Evan T. Miller (No. 5364)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Tel: (302) 421-6800<br>E-mail: evan.miller@saul.com<br>            paige.topper@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.* |