# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>    v.<br><br>MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED,<br><br>                Defendant. | Adv. Proc. No. 25-50239 (KBO)<br><br>Re: Adv. D.I. 1, 6 & 17 |

## ORDER APPROVING STIPULATION TO EXTEND DEADLINES
## SET FORTH IN PROCEDURES ORDER

The Court having considered the *Stipulation to Extend Deadlines Set Forth in the Procedures Order* (the "**Stipulation**")[2], it is HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. Defendant's deadline to answer or otherwise respond to the Complaint is extended through and including January 15, 2026.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined herein are defined in the Stipulation.

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

Dated: December 8th, 2025  
Wilmington, Delaware

*Ka B. O___.*  
**KAREN B. OWENS**  
**CHIEF JUDGE**